UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 23-3432 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 10, 2025, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the Department of Education ("Defendant').

Since the last joint status report on January 8, 2025, Defendant has produced documents on January 31, 2025, and February 28, 2025. The currently estimated completion date is not yet known because the time to complete processing is heavily dependent on other government agencies to whom records have been sent for consultation.

\*   \*   \*

- 2 -

The parties propose filing another status report on or before July 8, 2025, to update the Court about the processing of records. The parties will continue to meet and confer regarding any issues that may arise.

Dated: April 25, 2025
      Washington, DC

By:    */s/ Karin Sweigart*
    Karin Sweigart
    DHILLON LAW GROUP, INC.
    177 Post Street Suite 700
    San Francisco, CA 94108
    (415) 433-1700

*Attorney for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*